OBEDIAH MORRILL, Administrator, *vs.* JEROME MADDEN.

July 25, 1887.

Statute of Limitations—Action to Enforce Judgment—False Representations by Debtor.—*Morrill* v. *Madden*, 35 Minn. 493, followed.

Appeal by plaintiff from an order of the district court for Waseca county, *Buckham*, J., presiding, sustaining a demurrer to the amended complaint. The decision on a former appeal in this action will be found in 35 Minn. 493.

*Sawyer, Abbott & Sawyer*, for appellant.

*P. McGovern* and *Lovely, Morgan & Morgan*, for respondent.

*By the Court.* This case, as now presented by an amended complaint, is deemed to be in no essential respect different from that shown by the original complaint, which, upon a former appeal, was decided to be insufficient to entitle the plaintiff to a remedy upon a judgment, after it had been suffered to expire by lapse of time. *Mor-*

*rill* v. *Madden*, 35 Minn. 493, (29 N. W. Rep. 193.) For reasons set forth in our opinion in that case, the order sustaining this demurrer is affirmed.